# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

GERMAN GASTELUM-BUENO, Petitioner,

*Plaintiff(s)*
v.
FREDERICK ENTZEL, Warden, Respondent.

*Defendant(s)*

Civil Action No. 5:19-CV-8

FILED OCT 30 2019 U.S. DISTRICT COURT-WVND WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: the Petitioner's case is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; the Respondent's motion to dismiss or, alternatively, for summary judgment is DENIED AS MOOT; and this civil action is DISMISSED and STRICKEN from the active docket of this court.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: October 30, 2019

*CLERK OF COURT*
Cheryl Dean Riley

By: A. O. Abraham
*Signature of Clerk or Deputy Clerk*